UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY TURNER,

       Plaintiff,                                    Case No. 19-cv-11992
                                                 Hon. Matthew F. Leitman

v.

FCA US LLC,

       Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 25)

On January 27, 2021, Defendant FCA US LLC filed a motion for summary judgment in this employment-discrimination action. (*See* Mot., ECF No. 25.)  The Court held a video hearing on FCA's motion on August 10, 2021. (*See* Notice of Hr'g, ECF No. 35.)  For the reasons explained in detail on the record during the motion hearing, FCA's motion is **GRANTED IN PART AND DENIED IN PART** as follows:

- The motion is **GRANTED** with respect to Plaintiff's assault and battery claim (Count III of the Third Amended Complaint) and Plaintiff's claim under Michigan's Whistleblowers' Protection Act (Count IV of the Third Amended Complaint).

- The motion is **DENIED** in all other respects.

1

The following claims remain in the case: Plaintiff's hostile work environment and retaliation claims (Counts I, II, V, and VI of the Third Amended Complaint).

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 10, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 10, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

2